THOMPSON HINE

ATLANTA | CHICAGO | CINCINNATI | CLEVELAND
COLUMBUS | DAYTON | LOS ANGELES | MINNEAPOLIS
NEW YORK | SILICON VALLEY | WASHINGTON, D.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: 11-24-26

November 24, 2026

*Via ECF*

Hon. Lewis A Kaplan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: ***Koninklijke Ahrend B.V. et al v. Techoled Furniture LLC***, No. 1:26-cv-08939-LAK
***Letter Motion Requesting Adjournment of Initial Case Management Conference***

Your Honor:

We represent petitioners Koninklijke Ahrend B.V., Ahrend a.s., and Ahrend International B.V. (collectively, "Petitioner") in the above-referenced matter. We write respectfully to request an adjournment of the Case Management Conference scheduled for December 1, 2026.

In this proceeding, Petitioner seeks to enforce an arbitration award issued in an arbitration administered by the Netherlands Arbitration Institute. Despite having been duly served with the Petition, the sole respondent, Techoled Furniture LLC ("Respondent"), has not appeared, responded to the Petition, or asserted any defense. On November 23, 2026, Petitioner obtained a Clerk's Certificate of Default. Petitioner intends to move for default judgment to enforce the arbitration award pursuant to Local Civil Rule 55.2 within the next several weeks.

Accordingly, in the interest of judicial economy, Petitioner respectfully submits that the Case Management Conference should be adjourned for 45 days. This is Petitioner's first request for an adjournment of this conference. The proposed adjournment will not affect any other scheduled deadlines. As Respondent is in default, Petitioner has not communicated with Respondent to determine whether it would consent to this request.

Petitioner stands ready to receive any further instructions the Court may wish to issue in light of Respondent's default. We thank the Court for its attention to this matter.

Adjourned until 12/15/26 at 10:15 a.m. If a default judgment motion is filed by then, the conference will be adjourned sine die.

**SO ORDERED**

[signature]

**LEWIS A. KAPLAN, USDJ**

11/24/26

Emily.Mathieu@ThompsonHine.com F: 212.344.6101 O: 212.908.3963

4815-1861-9035.1

Case 1:26-cv-08939-LAK Document 13 Filed 11/24/26 Page 2 of 2

THOMPSON HINE



Respectfully submitted,

*/s/ Emily J. Mathieu*

Emily J. Mathieu